# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**CLIFFORD EUGENE JOHNSON**                                         **PLAINTIFF**

v.                 Civil No. 04-5145

**RHONDA BRADLEY, Nurse**                                       **DEFENDANT**

### O R D E R

Now on this 16th day of August, 2005, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #29) in this matter, to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are hereby **dismissed.**

**IT IS SO ORDERED.**

                                                        /s/ Jimm Larry Hendren
                                                        **JIMM LARRY HENDREN**
                                                        **UNITED STATES DISTRICT JUDGE**